**No. 40272.**—Protests 866606–G, etc., of Robert Kreitlow et al. (Pembina, etc.).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 40273.**—Petition 5693–R of Lehn & Fink Products Corporation (New York).

Opinion by KEEFE, J. It was established that there was a disagreement between the importer and the appraiser as to the proper dutiable value of the merchandise in question which was vigorously prosecuted. Under the circumstances of the case it was held that the importer was without any intention to defraud the revenue and the petition was granted.

DECEMBER 28, 1938

**No. 40274.**—SUIT 4155. —*United States* v. *Carl Zeiss, Inc.* T. D. 49263 affirmed.

**No. 40275.**—SUIT 4167.——*Sears, Roebuck & Co.* v. *United States.* Abstract 37706 reversed.

**No. 40276.**—SUIT 4179. —*Brier Mfg. Co.* v. *United States.* T. D. 49505 affirmed.